

15000 Midlantic Drive, Suite 200, Mount Laurel, NJ 08054
(856) 414-6000  Fax (856) 414-6077

Direct Dial:  (856) 414-6076
Email:  jgrapattoni@mdwcg.com

May 30, 2024

**VIA E-FILING AND NJ LAWYERS SERVICE**

The Honorable Steven D. Merryday
US District Court - Middle District of Florida
Court Room 1530
801 North Florida Avenue
Tampa, FL 33602

      RE:   America First Insurance Company, et al v. Electrostim Medical Services, Inc. and Mario Garcia, Jr.
             Docket No.:   8:22-cv-1517-SDM-CPT
             Our File No.:   12214.00645

Dear Judge Merryday:

     I represent the Plaintiffs, America First Insurance Company, et al., in the above matter.

     This Complaint was filed on July 5, 2022. On August 29, 2022, Defendants filed Rule 12(b)(6) Motion to Dismiss. Thereafter, on October 3, 2022, the Court ordered the case to mediation. On October 6, 2022, Plaintiffs filed response to Defendants' Motion to Dismiss and ultimately mediation was conducted on February 3, 2023 and March 10, 2023. Shortly thereafter, the parties conducted mediation on March 31, 2023, which ultimately resulted in an impasse.

     Despite impasse, the parties continued settlement discussions outside of formal mediation; however, settlement could not reached. As such, the Plaintiffs do not oppose dismissal without prejudice for lack of prosecution.

                                    Respectfully submitted,

                                    JEFFREY G. RAPATTONI, ESQUIRE

JGR:bn

cc:  Charles Allen Carlson, Esquire – VIA E-FILING