UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

AMERICA FIRST INSURANCE
COMPANY, et. al.,

    Plaintiffs,

v.                                                  CASE NO. 8:22-cv-1517-SDM-CPT

ELECTROSTIM MEDICAL
SERVICES, INC., and
MARIO GARCIA, JR.,

    Defendants.
_____/

## **ORDER**

Observing that no activity has occurred in this action since the March 21, 2023 mediation, an order (Doc. 51) directs the parties to file a status report and explain why an order should not dismiss this action for failure to prosecute. The plaintiffs respond (Doc. 52), reveal nothing new about the action, and state that "settlement could not reached [sic]. As such, the Plaintiffs do not oppose dismissal without prejudice for lack of prosecution." The defendants respond (Doc. 52), reveal nothing new about the action, and state that under Rule 41(b), Federal Rules of Civil Procedure, an order should dismiss this action with prejudice.

Local Rule 3.10 states that an order can dismiss an action for failure to prosecute "if the plaintiff in response to an order to show cause fails to demonstrate due diligence and just cause for delay." Rule 41(b) states that a dismissal for failure to

prosecute "operates as an adjudication on the merits." Because the plaintiffs in response to the earlier order fail to explain this action's almost fifteen-month inactivity and fail to establish just cause for the delay, the action is **DISMISSED WITH PREJUDICE**. The clerk must close the case.

ORDERED in Tampa, Florida, on June 6, 2024.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE