THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

AMERICA FIRST INSURANCE
COMPANY; AMERICA FIRE
AND CASAULTY COMPANY,
et al.,

      Plaintiffs,

CIVIL ACTION
CASE NO.: 8:22-cv-1517

v.

ELECTROSTIM MEDICAL
SERVICES, INC., a Florida
Profit Corporation, and MARIO
GARCIA, JR., individually,

      Defendants.
_____/

## JOINT NOTICE OF RESOLUTION

Plaintiffs, Liberty Mutual Insurance Company, Inc. and related insurance companies and Defendants, Electrostim Medical Services, Inc. and Mario Garcia, Jr., pursuant to Rule 3.09, M.D. Fla. Rules, notify the Court that the parties have resolved the matter of the amount of attorney's fees and non-taxable costs to be awarded to Defendants, Electrostim Medical Services, Inc. and Mario Garcia, Jr., in connection with this Court's Order dated June 6, 2024 dismissing the case with prejudice (Dkt. 54) and the Defendants' Unopposed Motion for Entitlement to Attorney's Fees and Non-Taxable Costs (Dkt. 56).

Respectfully submitted,

*/s/ Jeffrey G. Rapattoni*
JEFFREY G. RAPATTONI, ESQ.
Pro Hac Vice
jgrapattoni@mdwcg.com
JONATHAN MAGPANTAY, ESQ.
JCMagpantay@MDWCG.com
15000 Midlantic Drive, Suite 200
P.O. Box 5429
Mount Laurel, NJ 08054
*Attorney for Liberty Mutual Insurance Company*

*/s/ Charles A. Carslon*
CHARLES A. CARLSON, ESQ.
Florida Bar No.: 716286
Primary Email: ccarlson@olalaw.com
1000 West Cass Street
Tampa, FL 33606
Tel: (813) 254-8998/Fax: (813) 839-4411
Secondary Email:
lsingleton@olalaw.com
*Attorney for Defendants*

## CERTIFICATE OF SERVICE

I certify that on July 18, 2024, I caused a copy of the foregoing document, together with all supporting papers, to be served by ECF upon the following:

ROBERT P. KELLY, ESQ.
Robert.Kelly@libertymutual.com
TampaLegalMail@libertymutual.com
Law Offices of Robert P. Kelly
4350 W. Cypress St., Suite 900
Tampa, FL 33607
*Attorney for Liberty Mutual Insurance Company*

JEFFREY G. RAPATTONI, ESQ.
jgrapattoni@mdwcg.com
JONATHAN MAGPANTAY, ESQ.
JCMagpantay@MDWCG.com
15000 Midlantic Drive, Suite 200
P.O. Box 5429
Mount Laurel, NJ 08054
*Attorney for Liberty Mutual Insurance Company*

STEVEN SCHUETZ, ESQ.
Steven.Schuetz@LibertyMutual.com
Law Offices of Cozzi, Marek & Parker
225 W. Washington, Suite 500
Chicago, IL 60606
*Attorney for Liberty Mutual Insurance Company*

*/s/ Charles A. Carlson*
Attorney